EP18CV0287

JUDGE KATHLEEN CARDONE

FILED

2018 OCT -2 PM 4: 02

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IVAN SANCHEZ, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Cause No. EP-18- |
| YIN SHIONG HWANG and CHIOU GUEY HWANG, | § § § § | |
| Defendants. | § § | |

### NOTICE OF REMOVAL UNDER 28 U.S.C. §1441(b) and 28 U.S.C. §1332(a)(1)
### (Diversity of Citizenship)

Defendant Yin Shiong Hwang files this Notice of Removal, removing Cause No. 2018 DCV1666 from the 327th Judicial District Court of El Paso County, Texas, to this Court pursuant to 28 U.S.C.§§ 1441(b) and 28 U.S.C. §1332(a)(1). The grounds for removal are as follows:

1. Plaintiff filed his Original Petition against Yin Shiong Hwang in the 327th District Court of El Paso County Texas on May 3, 2018. (Appendix A)

2. Plaintiff filed an Amended Petition, which named Chiou Guey Hwang as the defendant and omitted Yin Shiong Hwang as a defendant, on July 19, 2018. (Appendix A) Neither of these petitions was served on Yin Shiong Hwang or Chiou Guey Hwang. (Appendix A)

3. On August 30, 2018, Plaintiff filed a Supplemental Petition which named Yin Shiong Hwang as the defendant, and did not include Chiou Guey Hwang as a party. (Appendix A)

4. By agreement, Ruben S. Robles, attorney for Yin Shiong Hwang, accepted service of the Supplemental Petition on September 5, 2018 on behalf of Yin Shiong Hwang. (Affidavit of Ruben

S. Robles, Appendix B)   Chiou Guey Hwang has not been served.

5. Plaintiff is a resident and citizen of the state of Texas. (See Plaintiff's Original Petition, First Amended Petition, and Supplemental Petition, Appendix A)

6. Defendant Yin Shiong Hwang is an individual residing in California. He is domiciled at 5543 Scotwood Drive, Rancho Palos Verdes, California 90275, and is a resident and citizen of California.[1]

7. Defendant Chiou Guey Hwang,[2] according to Plaintiff's First Amended Petition, is an individual residing in California. She is domiciled at 5543 Scotwood Drive, Rancho Palos Verdes California 90275 and is a resident and citizen of California.

8. Plaintiff pleads for monetary relief "over $1,000,000.00." (Plaintiff's Original Petition, Plaintiff's Supplemental Petition, Appendix A) Accordingly, the Plaintiff's pleadings on their face establish the amount in controversy in this case exceeds, if successful, the sum or value of $ 75,000.

9. Defendant Yin Shiong Hwang files this Notice of Removal within 30 days after Yin Shiong Hwang received the Plaintiff's initial pleading. Defendant Yin Shiong Hwang's attorney, Ruben S. Robles, accepted service of Plaintiff's Supplemental Petition on behalf of Yin Shiong Hwang on September 5, 2018. (Affidavit of Ruben S. Robles, Appendix B)

10. Defendant Chiou Guey Hwang has not been served. (Appendix A)

11. Pursuant to 28 U.S.C. § 1446(a) all process, pleadings and orders filed in the state court action as well as the docket sheet are attached jointly as Appendix A and incorporated by reference.

---

[1] Plaintiff incorrectly pleads that Yin Shiong Hwang is a resident of Tennessee.

[2] It is unclear whether Plaintiff intends to continue with claims against Chiou Guey Hwang. Although Plaintiff's "Supplemental" Petition does not include Defendant Chiou Guey Hwang, the First Amended Petition asserts claims against Chiou Guey Hwang. (Appendix A)

12. This case therefore meets the requirements of 28 U.S.C.§§ 1441(b) and 28 U.S.C. §1332(a)(1) to establish diversity jurisdiction in this Court.

8. Accordingly, Defendant Yin Shiong Hwang requests that this Notice of Removal be received and filed, that the 327th Judicial District Court of El Paso County, Texas proceed no further, and that this cause be removed to this Court for all further proceedings.

Respectfully submitted,

**ROBLES BRACKEN & HUGHES**
*Attorneys for Defendant Yin Shiong Hwang*
310 N. Mesa, Suite 700
El Paso, Texas 79901-1364
(915) 544-1144 [Office]
(915) 544-1288 [Facsimile]
E-Mail: rrobles@rbch.net

By: _____
RUBEN S. ROBLES
State Bar No. 17118400

## CERTIFICATE OF SERVICE

I hereby certify that on this ___2nd___ day of October, 2018, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following known counsel of record in addition to the undersigned counsel sending it via facsimile:

Bill D. Hicks
**Ortega, McGlashan, Hicks & Perez, PLLC**
609 Myrtle Suite 100
El Paso, Texas 79901
*Attorneys for Plaintiff*
Via Facsimile (915) 542-3500

RUBEN S. ROBLES