**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **IVAN SANCHEZ,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **EP-18-CV-287-KC** |
| § | |
| **YIN SHIONG HWANG and CHIOU** § | |
| **GUEY HWANG,** § | |
| § | |
| **Defendants**. § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal in the above-captioned case.  ECF No. 10.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all costs and attorneys' fees shall be paid by the party incurring same.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 18th day of December, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE